UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOEL RAINEY

    Plaintiff,

v.   Case No.: 3:18-cv-183-J-25JBT

UNITED PARCEL SERVICE, INC.

    Defendant.

_____/

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, United Parcel Service, Inc. ("UPS"), pursuant to 28 U.S.C. §§ 1441 and 1446 and Middle District of Florida Local Rule 4.02, hereby removes the above-captioned action to the United States District Court, Middle District of Florida, Jacksonville Division, and in support hereof states as follows:

1. On or about October 3, 2017, Plaintiff, Joel Rainey ("Plaintiff"), filed a Complaint in the Circuit Court in the Fourth Judicial Circuit, in and for Duval County, Florida, Case No. 16-2017-CA-6138. The Complaint was served on Defendant on January 11, 2018. A true and correct copy of the Summons is included in the state court file. Copies of all documents filed in the state court action are attached hereto as **Composite Exhibit "1."**

2. The Complaint purports to state one claim for discrimination in violation of the Florida Civil Rights Act, §§ 760.01-760.11, Fla. Stat. ("FCRA"). *See* Ex. 1, Compl.

3. The Complaint is removable to the United States District Court for the Middle District of Florida. Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction over this

action because there is diversity of citizenship between the parties, and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest, costs, and attorney's fees.

4. The parties in this action are diverse. Plaintiff is a citizen of the State of Florida. *See* Ex. 1, Compl. ¶ 2. Defendant is a corporation deemed to be a citizen of the states of Delaware and Georgia. Specifically, UPS is a Delaware corporation, and its principal place of business is Atlanta, Georgia.

5. The amount in controversy in this action exceeds $75,000.00, exclusive of interest, costs, and attorney's fees, because Plaintiff's Complaint demands judgment for "economic damages, back pay, front pay, compensatory and emotional distress damages, [and] damages for loss of earning capacity." *See* Ex. 1, Compl. at Wherefore clause. As set forth in the Declaration of Jerald Kight, attached hereto as **Exhibit 2**, Mr. Rainey was terminated in November 2013. [Exhibit 2 at ¶ 3]. Mr. Rainey received an annual salary of $102,645.00 in 2012, and his annual salary earned for January to October, 2013 was $86,050.00. In light of Plaintiff's requested relief, and his history of earnings with Defendant, it is at least plausible that the amount in controversy in this action exceeds the $75,000.00 jurisdictional threshold of this Court. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014).

6. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Middle District of Florida, Jacksonville Division, is the district court of the United States for the district and division embracing the place where the action is pending.

7. This removal is timely because less than thirty (30) days have elapsed since the date of service on Defendant. *See* 28 U.S.C. § 1446(b).

8. There are no other named defendants in this action.

9. In compliance with 28 U.S.C. § 1446(d), Defendant will promptly give written notice of this removal to all adverse parties and will file a copy of this Notice of Removal with the clerk of the state court.

**WHEREFORE**, Defendant United Parcel Service, Inc. respectfully requests that the entire state court action under Case No. 16-2017-CA-6138 now pending in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, be removed to the United States District Court, Middle District of Florida, Jacksonville Division, for all further proceedings.

Respectfully submitted this 31st day of January, 2018.

**HOLLAND & KNIGHT LLP**

/s/ Lindsay Dennis Swiger
Lindsay Dennis Swiger
Florida Bar No.: 0045783
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone:(904) 353-2000
Facsimile: (904) 358-1872
Email:   Lindsay.Swiger@hklaw.com

&

Erika R. Royal
Florida Bar No.: 154385
HOLLAND & KNIGHT LLP
515 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, Florida 33301
(954) 468-7831
(954) 463-2030 (fax)
Email: erika.royal@hklaw.com

*Attorneys for United Parcel Service, Inc.*

#55257807_v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 31, 2018**, I electronically filed the foregoing with the Clerk of the Court. I further certify that on **January 31, 2018**, a true and correct copy of the foregoing Defendant's Notice of Removal was served via **U.S. Mail** on the following:

Joel Rainey
2207 Salt Myrtle Lane
Orange Park, Florida
32003

                                                /s/ Lindsay Dennis Swiger
                                                Attorney